UNITED STATES OF AMERICA
IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BOBBY JO REYNA,

    Defendant.
_____/

No. 1:18-CR-96

Hon. Paul L. Maloney

**CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE**
(Under Rule 20)

I, Bobby Jo Reyna, defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of Texas in which I reside and to waive trial in the above captioned District.

Dated: _August 29_, 2018

_____
(Defendant) Bobby Jo Reyna

_____
(Counsel for Defendant) Sharon Turek

_____
(Counsel for USA) Nils R. Kessler

_____
United States Attorney for the
Southern District of Texas

APPROVED

_____
United States Attorney for the
Western District of Michigan

Form USA-153